# Court of Appeals
# of the State of Georgia

ATLANTA,   September 01, 2015   

*The Court of Appeals hereby passes the following order:*

**A15I0269.  DAMON LANCE DEEN v. THE STATE.**

Damon Lance Deen, who is charged with DUI, moved to suppress, among other things, any evidence that he refused his arresting officer's request that he consent to a State-administered breath test.  The trial court denied the motion, but certified its order for immediate review.  Deen has applied for such review in this Court.

OCGA §§ 40-5-67.1 (b) and 40-6-392 (d) provide that a DUI suspect's refusal to permit chemical testing "shall" be admissible in evidence against him.  Deen argues that the Supreme Court's recent decision in *Williams v. State*, 296 Ga. 817 (771 SE2d 373) (2015), affirmed his constitutional right to refuse chemical testing, and that admitting evidence of his refusal would violate his Fourth and Fifth Amendment rights.  The trial court disagreed, ruling that admission of his refusal would not violate his constitutional rights.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because Deen's motion called into question the constitutionality of the above-cited statutes, and the trial court specifically rejected his constitutionality arguments, it appears that jurisdiction may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby

TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* _____09/01/2015_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*